In The 353rd District Court
Of Travis County, Texas

Filed in The District Court
of Travis County, Texas

FEB 19 2015

At _____ 10:00 A.M.
Velva L. Price, District Clerk

Herbert Feist
    Relator,

vs.                              Case No. D-1-GN-14006396

Texas Attorney General
    Respondent, et.al.

Motion To Transcribe All
Proceedings
Clerk's Record and Reporter's Record.

To The Honorable Judge Of Said Court

Comes Now, Relator Herbert Feist, in the above said cause of action, who makes and files this above said motion, and would respectfully show onto this Honorable Court, the following, to wit;

I.

On Jan. 21, 2015, A phone hearing was had that adversely affected Relator, That he is appealing from. Said hearing should be transcribed. Relator has and is at all times a true indigent pauperis.

Wherefore, Premises Considered, Relator prays same be granted.

Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Motion to Transcribe All Proceedings, by U.S. postage pre paied mail, Address to the below

Assistant District Attorney
Kathleem M. Kennedy
1085 Pearl St.
Beaumont, Tx. 77701

Assistant Attorney General
Daniel C. Neuhoff
P.O. Box 12548
Austin, Tx. 78711

on this 10th day of Feb. 2015.

Respectfully,
s/Herb Feist
Herbert Feist # 1880S
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 7770S

- 2 -